UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Case No. 8:18-bk-02366-CPM
                                                    Chapter 7
Barbara A. Paul
Norman Henry Paul

    Debtors.
_____/

**TRUSTEE'S AMENDED MOTION TO SELL REAL PROPERTY OF THE ESTATE**

(Property: 2503 State Route 9 North, Au Sable Forks, New York 12912)

**NOTICE OF HEARING**

> A PRELIMINARY HEARING in this case will be held on **December 16, 2019 at 1:30 p.m. in Courtroom 8B,** Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL, 33602, before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge, to consider this matter and transact such other business that may come before the Court.
>
> 1. The hearing may be continued upon announcement made in open Court without further notice.
> 2. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.
> 3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

COMES NOW, Carolyn R. Chaney, Chapter 7 Trustee (the "Trustee") duly appointed

Chapter 7 Trustee for the above-referenced Debtors (the "Debtor") pursuant to Sections 105 and

363 of the Bankruptcy Code hereby files this Amended motion ("Motion") for entry of an order

1

for authority to sell certain real property of the estate and pay liens and encumbrances of record from the sales proceeds. In support thereof, the Trustee respectfully states as follows:

1. The Debtors own real property located at 2503 State Route 9 North, Au Sable Forks, New York 12912 (the "Property") and legally described as follows:

> Located in the Township or City of Au Sable Forks in Clinton County, New York, Liber/Page #V920P 334 with APN# 342.3-3-3.

2. This Court has approved the sale the Property for $40,000.00, Doc. No. 18.

3. The proposed buyer for the real property did not go through with the sale. The Trustee was able to obtain another contract for the purchase of the real property at a higher amount for $42,750.00.

4. There is no mortgage on the property.

5. The Trustee requests an Order approving the sale of the Property to the new purchaser, Joseph J. Fawkes, for the amount of $42,750.00 as shown on the attached Settlement Statement.

6. The Trustee seeks authority to execute all documents and instruments she deems reasonable or necessary to close the sale and to pay at closing (1) all outstanding real estate taxes, including any prorated amounts due for the current tax year; (2) if applicable, the lesser of any HOA fees accrued post-petition or the equivalent to twelve months' assessments; (3) all closing costs including State Documentary Stamps for the entire closing price; and (4) a 2% real estate commission to Country Road Realty in the amount of $855.00, a 2% real estate commission to B. A. Straight Real Estate LLC in the amount of $855.00, and a real estate commission to BK Global Real Estate Services in the amount of $800.00 for a total real estate commission of 6%.

7. The Trustee respectfully requests that this Court: (a) waive the 14 day stay pursuant to Rule 6004(h), deem the sale order enforceable immediately upon entry, and authorize the Trustee to close on the sale immediately upon entry of the Final Sale Order; and (b) authorize the Trustee to take all actions and execute all documents she deems reasonable and necessary to effectuate the requested relief.

8. The proposed sale is in the best interest of the creditors of the bankruptcy estate. The Buyer has agreed, subject to Court approval, to pay to the Trustee the sales price of $42,750.00, less costs of closing, which will result in a net recovery for the estate in the amount of $26,108.91.

WHEREFORE, the Trustee moves for the entry of an Order:

A. Authorizing the sale of the Property and payment of liens and encumbrances of record from the sales proceeds;

B. Authorizing the sale of the property to the purchaser free and clear of any interests asserted against the property;

C. Authorizing the Trustee to take any all actions and to execute any and all documents necessary and appropriate to effectuate and consummate the terms of said sale of the Property, including without limitation, executing a deed conveying the interests of the Debtor or any other party claiming an interest in the Property to the Purchaser;

D. Authorizing the Trustee and any escrow agent upon the Trustee's written instruction, to make such disbursements on or after the closing of the sale as are required by the purchase agreement or Order of this Court, including, but not limited to: (a) all delinquent real property taxes and outstanding post-petition real property taxes pro-rated as of the closing with respect to the real property (b) any outstanding Home

Owner's Association fee or assessment arrearages; and (c) payment of real estate commissions of 2% each to Country Road Realty, B. A. Straight Real Estate LLC and BK Global Real Estate Services; and (d) any other reasonable closing costs.

E. Determining that all affected interests have been adjudged and declared to be unconditionally released as to the Property;

F. Waive the 14-day stay pursuant to Rule 6004(h), and

G. Granting the Trustee such other and further relief as is just and proper.

DATED: November 25, 2019.	Respectfully submitted,

/s/ Carolyn R. Chaney, Trustee
Post Office Box 530248
St. Petersburg, FL 33747-0248
Telephone: 727-864-9851
Email: carolyn.chaney@earthlink.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion has been provided by electronic or U.S. Mail delivery on November 25, 2019, to:

Office of United States Trustee, USTP.Region21.ECF@USDOJ.GOV

Debtors: Barbara and Norman Paul, 12100 Seminole Blvd., Lot 162, Largo, FL 33778

Attorney for Debtors: Ricky S. Parwani, Esquire, 9905 Alambra Avenue, Tampa, FL 33619; Email: rinky@parwanilaw.com

Attached Creditor Matrix.

/s/ Carolyn R. Chaney, Trustee

PRELIMINARY STATEMENT OF SALE  *11/14/2019*

SELLER: Carolyn Chaney, as Trustee for the Bankruptcy Estate of Barbara A. Paul  
BUYER: Joseph Fawkes  
PREMISES: 2503 RT 9N Ausable Forks, NY 12912  
Tax Map #: 342.3-3-3  
Closing Date: 12/16/2019

| Purchase Price | | | | | | | $42,750.00 |
|---|---|---|---|---|---|---|---|
| | Bill Amt. | ÷Days | Daily Amount | No. of Days | Tax Period | | |
| County Taxes | $1,310.99 | 365 | $3.59 | 15 | 12/16/2019 | 12/31/2019 | $53.88 |
| School Taxes | $1,747.88 | 365 | $4.79 | 197 | 12/16/2019 | 6/30/2020 | $943.38 |
| Water Rent | $0.00 | 365 | $0.00 | 76 | 10/1/2019 | 12/16/2019 | $0.00 |
| Sewer Rent | $0.00 | 365 | $0.00 | 76 | 10/1/2019 | 12/16/2019 | $0.00 |
| Total Amount Due to Seller | | | | | | | $43,747.25 |
| Credits to Buyer | | | | | | | |
| Down Payment | | | | | | | $1,000.00 |
| Water Rent | $150.00 | 365 | $0.41 | 76 | 10/1/2019 | 12/16/2019 | $31.23 |
| Sewer Rent | $162.50 | 365 | $0.45 | 76 | 10/1/2019 | 12/16/2019 | $33.84 |
| | | | | | | | $0.00 |
| Seller Concession | | | | | | | $0.00 |
| Total Deductions | | | | | | | $1,065.07 |
| Balance Due Seller at Closing | | | | | | | $42,682.18 |

| Expenses of Buyer | | | Expenses of Seller | |
|---|---|---|---|---|
| Recording fees (deed) | $60.00 | | Holcombe Abstracts | $378.00 |
| | | | Transfer tax (NY) | $171.00 |
| RP-5217 | $125.00 | | Gains Tax Affid. | $5.00 |
| | | | Bankruptcy Estate Fee | $0.00 |
| Mike McCormick | | | B.A. Straight Real Estate LLC | $855.00 |
| Holcomb Abstract | | | Country Road Realty | $855.00 |
| | | | BK Global | $800.00 |
| | | | Ocean Title, LLC | $495.00 |
| | | | 2018 Town of Black Brook taxes | $4,733.77 |
| | | | 2019 Town of Black Brook taxes | $4,924.24 |
| | | | 2019 Water / Sewer | $1,256.26 |
| | | | Record MTS to Simplifile | $100.00 |
| | | | Legal Fees | $2,000.00 |
| Total Buyer Expenses | $185.00 | | Total Seller Fees | $16,573.27 |

**RECAP**

| Balance Due Seller | $42,682.18 | | Balance Due Seller | $42,682.18 |
|---|---|---|---|---|
| Plus Expenses of Purchaser | $185.00 | | Minus Expenses of Seller | $16,573.27 |
| Total Due from Buyer | $42,867.18 | | Net Due to Bankruptcy Trustee $ | $26,108.91 |

$42,867.18 TO BE DISBURSED AS FOLLOWS:

| TO WHOM: | on Purchaser behalf: | on Seller behalf: | TOTAL |
|---|---|---|---|
| Holcombe Abstract Corp. | $ - | $378.00 | $378.00 |
| Town of Blackbrook- 2018+2019 taxes | | $9,658.01 | $9,658.01 |
| 2019 Town of Blackbrook Water / sewer | $ - | $1,256.26 | $1,256.26 |
| Clinton County Clerk | $185.00 | $176.00 | $361.00 |
| Bankruptcy Estate Fee | $ - | $26,108.91 | $26,108.91 |
| Ocean Title, LLC | $ - | $495.00 | $495.00 |
| BA Straight Realty | $ - | $855.00 | $855.00 |
| BK Global | $ - | $800.00 | $800.00 |
| Simplifile | $ - | $100.00 | $100.00 |
| Country Road Realty | $ - | $855.00 | $855.00 |
| William Tansey, Esq | $ - | $2,000.00 | $2,000.00 |
| TOTALS: | $ 185.00 | $ 40,682.18 | $ 42,867.18 |

```
Label Matrix for local noticing          BK Global Real Estate Services          Country Road Realty
113A-8                                   1095 Broken Sound Parkway                3274 Fisher Hill Rd.
Case 8:18-bk-02366-CPM                   Suite 200                                Mineville, NY 12956
Middle District of Florida               Boca Raton, FL 33487-3503
Tampa
Mon Nov 25 16:54:50 EST 2019

Barbara A. Paul                          Norman Henry Paul                        AuSable Valley Central Schoo
12100 Seminole Blvd LOT 162              12100 Seminole Blvd LOT 162              Tax Collector
Largo, FL 33778-2821                     Largo, FL 33778-2821                     1273 Rt. 9N
                                                                                  Keeseville, NY 12924-4214

Bank Of America                          Capital One                              Capital One Bank (USA), N.A.
Nc4-105-03-14                            Attn: General Correspondence/Bankruptcy  PO Box 71083
Po Box 26012                             Po Box 30285                             Charlotte, NC  28272-1083
Greensboro, NC 27420-6012                Salt Lake City, UT 84130-0285

Chase Bank USA, N.A.                     Chase Card Services                      Chase Mortgage
c/o Robertson, Anschutz & Schneid, P.L.  Attn: Correspondence Dept                Attn: Case Research & Bankruptcy
6409 Congress Avenue, Suite 100          Po Box 15298                             Po Box 24696
Boca Raton, FL 33487-2853                Wilmington, DE 19850-5298                Columbus, OH 43224-0696

Chase Mortgage                           Clinton County Treasurer                 Comenity Bank/Bealls Florida
PO BOX 183222                            137 Margaret Street #205                 Po Box 182125
Columbus, OH 43218-3222                  Plattsburgh, NY 12901-4598               Columbus, OH 43218-2125

Comenity Bank/beallsol                   Credit One Bank                          Hayt, Hayt & Landau PL
Po Box 182125                            Attn: Bankruptcy                         7765 SW 87th Ave #101
Columbus, OH 43218-2125                  Po Box 98873                             Miami, FL 33173-2535
                                         Las Vegas, NV 89193-8873

Judy Hart, Tax Collector                 LVNV Funding, LLC its successors and assigns  Midland Funding
9 Coughlin Road                          assignee of North Star Capital           Attn: Bankruptcy
Au Sable Forks, NY 12912-3117            Acquisition LLC                          Po Box 939069
                                         Resurgent Capital Services               San Diego, CA 92193-9069
                                         PO Box 10587
                                         Greenville, SC 29603-0587

Midland Funding LLC                      PYOD, LLC its successors and assigns as assi  Peru FCU
PO Box 2011                              of Synchrony Bank                        PO BOX 565
Warren, MI 48090-2011                    Resurgent Capital Services               Peru, NY 12972-0565
                                         PO Box 19008
                                         Greenville, SC 29602-9008

Peru Fcu                                 (p)PORTFOLIO RECOVERY ASSOCIATES LLC     Syncb/hhgreg
700 Bear Swamp Rd                        PO BOX 41067                             Attn: Bankruptcy
Peru, NY 12972                           NORFOLK VA 23541-1067                    Po Box 965060
                                                                                  Orlando, FL 32896-5060

Synchrony Bank/Care Credit               Synchrony Bank/Lowes                     Synchrony Bank/Walmart
Attn: Bankruptcy                         Attn: Bankruptcy                         Attn: Bankruptcy
Po Box 965060                            Po Box 965060                            Po Box 965060
Orlando, FL 32896-5060                   Orlando, FL 32896-5060                   Orlando, FL 32896-5060
```

| | | |
|---|---|---|
| Town of Black Brook<br>PO BOX 715<br>Au Sable Forks, NY 12912-0715 | Zwicker & Assoc<br>80 Minuteman Rd<br>Andover, MA 01810-1008 | Zwicker & Assoc<br>PO BOX 9013<br>Andover, MA 01810-0913 |
| Carolyn R. Chaney +<br>PO Box 530248<br>St. Petersburg, FL 33747-0248 | United States Trustee - TPA7/13 +<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 | Rinky S Parwani +<br>Upright Law<br>9905 Alambra Avenue<br>Tampa, FL 33619-5060 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Portfolio Recovery<br>Po Box 41067<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     0<br>Total                  35 |